■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADEOLA KOIKI, Appellant. [32 NYS3d 516]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Riviezzo, J.), rendered March 7, 2013, convicting him of rape in the first degree, criminal sexual act in the first degree,

sexual abuse in the first degree (two counts), menacing in the second degree, menacing in the third degree, and harassment in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of rape in the first degree, criminal sexual act in the first degree, sexual abuse in the first degree (two counts), menacing in the second degree, menacing in the third degree, and harassment in the second degree (two counts) beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is partially unpreserved for appellate review and, in any event, without merit. Dillon, J.P., Balkin, Hinds-Radix and Connolly, JJ., concur.